**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7164

LACY WILLIAMS, JR.,

Plaintiff - Appellant,

versus

MARVIN L. POLK; BOYD BENNETT; CATHY JUDGE;
JENNIE LANCASTER; MARSHALL PIKE; BENNY
LANGDON; JOHN A. MANESS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Louise W. Flanagan,
District Judge. (CA-04-144-5-FL)

Submitted: December 23, 2004      Decided: January 10, 2005

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lacy Williams, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lacy Williams, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Williams v. Polk, No. CA-04-144-5-FL (E.D.N.C. Apr. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED